UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOEL MATIAS QUINTERO, | ) | No. CV 10-6333-ODW (PJW) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| LEROY BACA, SHERIFF, ET AL., | ) ) ) | |
| Respondents. | ) ) | |

    Pursuant to the Order Dismissing Petition With Prejudice,

    IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

    DATED:   April 13, 2011  .

                                        OTIS D. WRIGHT, II
                                        UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\judgment ODW.wpd